Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 12-10339-MLW |
| ) | |
| ERIC ZENG ) | |

## WAIVER OF INDICTMENT

I, Eric Zeng, the above-named defendant, who is accused of two violations of the Lacey Act, found at 16 U.S.C. § 3373(a)(2)(A)(purchase and sale of wildlife in violation of Massachusetts state law said wildlife then transported in interstate commerce), and accompanying forfeiture allegations, having occurred on or about 12/07/2008 and 02/09/2009, and being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on Thursday, October 10, 2013, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
John Cunha, Esq.
Counsel for the Defendant

Before: _____
Senior U.S. District Court Judge
Mark L. Wolf

October 10, 2013